370 A.2d 738

COMMONWEALTH of Pennsylvania ex rel.
Maryann TANTALA, Appellant,

v.

Richard TANTALA.

COMMONWEALTH of Pennsylvania ex rel.
Maryann TANTALA

v.

Richard TANTALA, Appellant (two cases).

Superior Court of Pennsylvania.

Submitted Sept. 8, 1975.

Argued March 17, 1976.

Decided March 3, 1977.

Raymond J. Takiff, Philadelphia, for appellant at No. 733, and appellee at Nos. 792 and 411.

Michael J. Pepe, Jr., Philadelphia, for appellant at Nos. 792 and 411, and appellee at No. 733.

Before WATKINS, President Judge, and JACOBS, HOFFMAN, CERCONE, PRICE, VAN der VOORT and SPAETH, JJ.

PER CURIAM:

The appeal of Maryann Tantala at No. 733 October Term, 1975, is dismissed for failure to file a brief. Pa. Superior Ct. Rule 47. In the appeal of Richard Tantala

at No. 792 October Term, 1975, the lower court's order of January 13, 1975, is affirmed.

The appeal of Richard Tantala at No. 411 October Term, 1976, is quashed as interlocutory. *Reap's Appeal,* 88 Pa.Super. 147 (1926).